No. 1018. NEW JERSEY *v.* GODFREY. C. A. 3d Cir. Certiorari denied. *Norman Heine* for petitioner. *M. Gene Haeberle* for respondent.

No. 1030. HOOPER *v.* UNITED STATES. Court of Claims. Certiorari denied. *Oscar F. Irwin* and *William Hillyer* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.

No. 1038. GALBREATH *v.* CITY OF CHICAGO. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. John C. Melaniphy* for respondent.

No. 1042. ARONSON *v.* MCNEILL, STATE HOSPITAL SUPERINTENDENT. Court of Appeals of New York. Certiorari denied. *David N. Fields* for petitioner. *Louis J. Lefkowitz*, Attorney General of New York, *Paxton Blair*, Solicitor General, and *Joseph J. Rose*, Assistant Attorney General, for respondent.

No. 1050. CITY OF DETROIT ET AL. *v.* GENERAL MOTORS CORP. Supreme Court of Michigan. Certiorari denied. *Vance G. Ingalls, Julius C. Pliskow, Aloysius J. Suchy* and *William F. Koney* for petitioners. *Robert E. McKean, Aloysius F. Power, Donald K. Barnes* and *Thomas J. Hughes* for respondent.

No. 1058. DE RIERAS ET VIR *v.* MADERO ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied.